# U.S. District Court
# U.S. District Court for the Northern District of Oklahoma (Tulsa)
# CRIMINAL DOCKET FOR CASE #: 4:24−mj−00029−MTS All Defendants

Case title: USA v. Adams  

Date Filed: 01/16/2024

Other court case number: CR−23−441−1 USDC WD/OK

Assigned to: Magistrate Judge Mark T Steele

**Defendant (1)**

**Jeremy Turrentine Adams**  
*also known as*  
Jeremy Lynn Adams

represented by **Lindsey Hanna Holguin**  
Federal Public Defender's Office  
1 W 3rd St  
Ste 1225  
Tulsa, OK 74103  
918−581−7656  
Email: lindsey_holguin@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3606.F

**Disposition**

**Plaintiff**

**USA** represented by **George Jiang**
DOJ–USAO
110 W 7th Street
Suite 300
Tulsa, OK 74119
918–382–2764
Email: george.jiang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/16/2024 | 1 | | MOTION for Detention by USA as to Jeremy Turrentine Adams [Note: Attorney George Jiang added to party USA(pty:pla).] (Jiang, George) (Entered: 01/16/2024) |
| 01/16/2024 | 2 | | MOTION for Hearing (Re: 1 MOTION for Detention ) by USA as to Jeremy Turrentine Adams (Jiang, George) (Entered: 01/16/2024) |
| 01/16/2024 | 3 | | Amended MOTION for Detention by USA as to Jeremy Turrentine Adams (Jiang, George) (Entered: 01/16/2024) |
| 01/16/2024 | | | ARREST on Charges Pending in Another District(Rule 5) as to Jeremy Turrentine Adams (ll, Dpty Clk) (Entered: 01/16/2024) |
| 01/16/2024 | 4 | | MINUTES of Proceedings – held before Magistrate Judge Mark T Steele: Initial Appearance in Rule 5 Proceedings held on 1/16/2024 , appointing FPD attorney Lindsey Hanna Holguin for Jeremy Turrentine Adams, ruling on motion(s)/document(s): #1 moot, #2 moot, #3 moot, ordering defendant be detained as to Jeremy Turrentine Adams (Re: 1 MOTION for Detention , 2 MOTION for Hearing , 3 Amended MOTION for Detention ) (Court Reporter: Courtroom 5) (ll, Dpty Clk) (Entered: 01/16/2024) |
| 01/16/2024 | 5 | | ORDER by Magistrate Judge Mark T Steele , appointing FPD attorney as to Jeremy Turrentine Adams (ll, Dpty Clk) (Entered: 01/16/2024) |
| 01/16/2024 | 6 | | WAIVER of Rule 5 Hearing by Jeremy Turrentine Adams (ll, Dpty Clk) (Entered: 01/16/2024) |
| 01/16/2024 | 7 | | COMMITMENT to Another District (Rule5) by Magistrate Judge Mark T Steele as to Jeremy Turrentine Adams (ll, Dpty Clk) (Entered: 01/16/2024) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-MJ-00029-MTS |
| **JEREMY TURRENTINE ADAMS,** | |
| Defendant. | |

### Motion for Revocation of Release

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3148.

**1. Eligibility of Case.** This case is eligible for a detention order because there is probable cause to believe Defendant has committed a state or local crime while on release, which creates a rebuttable presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. Further, Defendant has violated other conditions of his release as set forth in the Petition for Warrant for Defendant on Pretrial Release.

**2. Reason for Detention.** The Court should detain Defendant because (check all that apply):

☐ There are no conditions of release which will reasonably assure Defendant's appearance as required.

☐ There are no conditions of release which will reasonably assure the safety of any other person and the community.

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Dated this 16th day of January, 2024.

                                          Respectfully submitted,

                                          CLINTON J. JOHNSON
                                          UNITED STATES ATTORNEY

                                          */s/ George Jiang*
                                          George Jiang, PA No. 311665
                                          Assistant United States Attorney
                                          110 West Seventh Street, Suite 300
                                          Tulsa, Oklahoma 74119
                                          (918) 382-2700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JEREMY TURRENTINE ADAMS,**<br><br>**Defendant.** | Case No. 24-MJ-00029-MTS |

**Motion for Detention Hearing**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3148, and hereby requests that the Court hold a hearing pending revocation or modification of pretrial release to determine:

(1) whether there is --

    (A) probable cause to believe that the person has committed a Federal, State or local crime while on release, or

    (B) clear and convincing evidence that the person has violated any other condition of release, and

(2) whether--

    (A) based on the factors set forth in § 3142(g), any condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community, or

    (B) whether the Defendant is unlikely to abide by any condition or combination of conditions.

Dated this 16th day of January, 2024.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


*/s/ George Jiang*
George Jiang, PA No. 311665
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of January, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Attorney for Defendant*

                                  */s/ George Jiang*
                                  George Jiang

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-MJ-00029-MTS |
| **JEREMY TURRENTINE ADAMS,** | |
| Defendant. | |

## Motion for Revocation of Release

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3148.

**1. Eligibility of Case.** This case is eligible for a detention order because there is probable cause to believe Defendant has committed a state or local crime while on release, which creates a rebuttable presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. Further, Defendant has violated other conditions of his release as set forth in the Petition for Warrant for Defendant on Pretrial Release.

**2. Reason for Detention.** The Court should detain Defendant because (check all that apply):

☒ There are no conditions of release which will reasonably assure Defendant's appearance as required.

☐ There are no conditions of release which will reasonably assure the safety of any other person and the community.

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Dated this 16th day of January, 2024.

                                        Respectfully submitted,

                                        CLINTON J. JOHNSON
                                        UNITED STATES ATTORNEY

                                        */s/ George Jiang*
                                        George Jiang, PA No. 311665
                                        Assistant United States Attorney
                                        110 West Seventh Street, Suite 300
                                        Tulsa, Oklahoma 74119
                                        (918) 382-2700

2

```
MIME-Version:1.0
From:CM-ECFMail_OKND@oknd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: George Jiang (caseview.ecf@usdoj.gov, george.jiang@usdoj.gov,
kortni.barton@usdoj.gov), Magistrate Judge Mark T Steele
(mtsintake_oknd@oknd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:3009535@oknd.uscourts.gov
Subject:Activity in OKND case 4:24-mj-00029-MTS USA v. Adams - Arrest (Rule 5)
Content-Type: text/html
```

# U.S. District Court

## U.S. District Court for the Northern District of Oklahoma

### Notice of Electronic Filing

The following transaction was entered on 1/16/2024 at 3:29 PM CST and filed on 1/16/2024

| | |
|---|---|
| **Case Name:** | USA v. Adams |
| **Case Number:** | 4:24–mj–00029–MTS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ARREST on Charges Pending in Another District(Rule 5) as to Jeremy Turrentine Adams (ll, Dpty Clk)**


**4:24–mj–00029–MTS–1 Notice has been electronically mailed to:**

George Jiang &nbsp &nbsp george.jiang@usdoj.gov, caseview.ECF@usdoj.gov, kortni.barton@usdoj.gov

**4:24–mj–00029–MTS–1 Notice has not been electronically mailed to:**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | |
| vs. | | Case No.:4:24-mj-00029-MTS-1 |
| Jeremy Turrentine Adams | Defendant(s). | Criminal Information Sheet |

Interpreter: Yes ☐  No ☒

Date: _____1/16/2024_____

Magistrate Judge Steele         Deputy Lauren Lewis         USPO L. Paarmann
Date of Arrest: 1/16/2024   Arrested By: USMS        ☒ Detention Requested by AUSA
Bail Recommendation: _____  ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____   ☐ m _____   ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s _____
☐ c. ☐ d.. ☐ e. ☐ f. ☐ g.   ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h. ☐ i. ☐ j.   ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ k. (☐ i, ☐ ii, ☐ iii)   ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. _____   ☐ w (☐ 1, ☐ 2) ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☐ No
Defendant's Attorney: Lindsey Holguin        ☒ FPD;    ☐ Ct. Appt;    ☐ Ret Counsel
AUSA:  George Jiang

**MINUTES:**

Interpreter: _____; ☐ Sworn

☑ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☑ Rule 5
          with:  ☐ Ret Counsel;  ☑ FPD;  ☐ Ct. Appt;  ☐ w/o Counsel

☑ Financial Affidavit received and FPD/CJA appointed; ☑ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☐ Verified in open court

☐ Corrected by interlineation to _____
  to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☑ Defendant remanded to custody of U.S. Marshal: ☑ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # 3 : ☐ Granted; ☐ Denied; ☑ Moot   Mot. for Hearing # 2 : ☐ Granted; ☐ Denied; ☑ Moot

**Additional Minutes:** Defendant advised the Court his name is incorrect on Petition from USDC WD/OK. Defendant states his name is Jeremy Lynn Adams, which is an AKA in the WD/OK. USA requests to add Jeremy Lynn Adams as an AKA for ND/OK. Court grants.

Criminal Information Sheet CR-24 (11/2020)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                        Plaintiff,

vs.

                           Case No.: 24-mj-00029-MTS-1

Jeremy Turrentine Adams,        **ORDER APPOINTING COUNSEL**

                                 Defendant(s).

Defendant has completed an affidavit as to his/her financial ability to employ counsel. Upon review, the Court finds that Defendant is financially unable to obtain counsel. In accordance with the Northern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984, the Court finds and orders as follows:

☒     Lindsey Holguin, the Federal Public Defender is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐     _____, an attorney from the Court's panel of private attorneys, established pursuant to the Criminal Justice Act for the Northern District of Oklahoma, is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐     Defendant will reimburse the government for the reasonable cost of providing representation in accordance with his/her ability to pay as determined by further order of the court.
      $_____

Date: 1/16/2024

                                                            Mark T. Steele, Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>vs.<br><br><br>Jeremy Turrentine Adams,<br><br>           Defendant(s). | Case No.: 24-mj-00029-MTS-1<br><br>Charging District's<br>Case No.: CR-23-441-1<br><br>**WAIVER OF RULE 32.1 HEARING<br>(VIOLATION OF PROBATION OR<br>SUPERVISED RELEASE)** |

  I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*  USDC WD/OK  .

  I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

  I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/16/2024

                       */s/ Jeremy Adams*
                       Defendant's signature

                       Attorney for Defendant

Rule 32 Violation Prob/SR Detention                                 (AO-094 Modified 1/2022)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br>vs.<br><br><br>Jeremy Turrentine Adams,<br><br>          Defendant(s). | Case No.: 24-mj-00029-MTS-1<br><br>Charging District's<br>Case No.: CR-23-441-1<br><br>**COMMITMENT TO ANOTHER DISTRICT** |

  The defendant has been ordered to appear in the  USDC WD/OK .
The defendant may need an interpreter for this language: _____.

  The defendant: ☐ will retain an attorney.
         ☒ is requesting court-appointed counsel.
  The defendant remains in custody after the initial appearance.

  **IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 1/16/2024

                     Judge's signature

                Mark T. Steele, Magistrate Judge
                     Printed name and title