# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CR-23-441-D |
| JEREMY TURRENTINE ADAMS, | ) ) ) | |
| Defendant. | ) | |

**ENTER ORDER:**

     On January 16, 2024, the Court continued the jury trial in this matter until such time as either Defendant Jeremy Turrentine Adams or his co-defendant, Victoria Leanne Williams, were brought before the Court [Doc. No. 37]. Since that time, Defendant Adams was arrested, brought before United States Magistrate Judge Amanda Maxfield Green for a bond revocation hearing, and is currently receiving inpatient treatment at Pathways OKC – Country Road Recovery Center [Doc. Nos. 40, 45, 46].

     **IT IS HEREBY ORDERED** that this matter is set on the Court's March 12, 2024 jury trial docket. All pre-trial motions shall be filed on or before February 23, 2024.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

**Date:  February 7, 2024**

                                            *Carmelita Reeder Shinn, Clerk*

                                            *By:     /s/ Jane Eagleston*
                                                         *Deputy Clerk*

*Copies to all parties of record*