## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| vs. | |
| JEREMY TURRENTINE ADAMS | Case Number CR-23-441-D<br>USMS No. |

Type of Case            _____CIVIL          \_\_\_\_X\_\_\_\_CRIMINAL

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| Place:  U.S. Courthouse<br>         Courtroom 301<br>         200 N.W. 4th Street<br>         Oklahoma City, Oklahoma 73102 | **DATE AND TIME**<br><br>**APRIL 12, 2024 at 10:00 a.m.** |

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

| | |
|---|---|
| TYPE OF PROCEEDING | **CHANGE OF PLEA**<br>**(IN CUSTODY)** |

**TAKE NOTICE**- defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office _immediately after the plea hearing._   The interview ordinarily takes 1 1/2 to 2 hours.

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

| | |
|---|---|
| Place:  U.S. Courthouse<br>         200 N.W. 4th Street<br>         Oklahoma City, Oklahoma 73102 | **Date and Time Previously Scheduled** |

JUDGE TIMOTHY D. DeGIUSTI

by: /s/ Jane Eagleston
         Deputy Clerk

cc:     AUSA
        COUNSEL
        USMS
        USPO